COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Hon. J. Phillip Haney
District Attorney
415 S. Main St. 200 Courthouse
St. Martinvill LA 70582

Lynn Musumeche
Assistant District Attorney
415 Main Street 200 Courthouse
St. Martinvill LA 70582

REHEARING ACTION: January 14, 2015

Docket Number: 14   01016-KW

STATE OF LOUISIANA
VERSUS
JOSEPH J. DARBY

Writ Application from St. Martin Parish Case No. 11-240925

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED.**

cc: Harry Daniels, III, Counsel for the Applicant